IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DEBORAH B. PRIVETT,<br><br>                              *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security,*<br><br>                              *Defendant.* | CIVIL NO. 6:07cv00004<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This case was referred to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. In his Report and Recommendation filed on April 17, 2008, Magistrate Judge Urbanski recommended that the record be supplemented with a previously omitted physician's letter and that the Commissioner's final decision be affirmed.

After a review of the entire record in this case, and no objection to the Report and Recommendation having been filed within ten days of its service upon the parties:

1. the Report and Recommendation (docket #21) is hereby ADOPTED in its entirety;

2. Plaintiff's Motion to Supplement the Record (docket #15) is hereby GRANTED;

3. Plaintiff's Motion for Summary Judgment (docket #6) is hereby DENIED;

4. Defendant's Motion for Summary Judgment (docket #18) is hereby GRANTED; and

5. the Commissioner's final decision is hereby AFFIRMED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Urbanski.

Entered this 20th day of May, 2008.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE